# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:07CV174

| | |
|---|---|
| JOHNNY E. WORKMAN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner, )<br>Social security Administration, )<br>)<br>Defendant. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's apparent failure to prosecute this action.

On May 14, 2007, the Plaintiff's application to proceed in *forma pauperis* was denied without prejudice to renewal upon the completion of a new application and affidavit signed by the Plaintiff. To date, no new application has been submitted nor has the Plaintiff paid the required filing fees.

**IT IS, THEREFORE, ORDERED** that Plaintiff refile his *forma pauperis* application or pay the required filing fees on or before 15 days

from service of this Order. Failure by the Plaintiff to abide by the terms of this Order will result in the summary dismissal of this action.

Signed: June 19, 2007

Lacy H. Thornburg
United States District Judge